**Order filed September 30, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00642-CV
_____

## NAKEISHA HARMON, Appellant

### V.

## CSM BAKERY PRODUCTS, Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1040175**

## ORDER

This appeal is from a judgment signed July 14, 2014. Appellant filed a notice of appeal on August 7, 2014. Appellant filed an affidavit of indigence in this court. *See* Tex. R. App. P. 20.1(h). In accordance with Rule 20.1(d)(2), notice was sent to the trial court clerk, the court reporter, and all parties, that a contest to the affidavit of indigence was due in the court on or before September 16, 2014. Appellee timely filed a contest to appellant's affidavit of indigence.

The Rules of Appellate Procedure permit appellant to file an affidavit of indigence in the appellate court. If the affidavit is filed in an appellate court, and a contest is filed, the court may refer the matter to the trial court with instructions to hear evidence and grant the appropriate relief. Tex. R. App. P. 20.1(h)(4).

Accordingly, we refer the matter to the trial court and ORDER the trial court to hold a hearing and make written findings as to whether appellant is entitled to proceed without payment of costs.

The court reporter shall file a reporter's record from the hearing and any exhibits admitted at the hearing on the contest to appellant's claim of indigence. The record of the hearing and the trial court's written findings shall be filed with the clerk of this court on or before 30 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's ruling on indigence has been completed. The court will also consider an appropriate motion to reinstate the appeal filed by any party. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM